FRANCIS X. BRENNEN, as Executor, etc., Appellant, *v.* GEORGE W. CROUCH, Jr., *et al.*, Respondents.

*Court of Appeals, February 24, 1891.*

Affirming 57 Hun, 585, Mem.

*Appeal. Findings.*—Where findings of fact, not excepted to nor disputed, justify the conclusions of law, the judgment will be affirmed, unless exceptions on trial show error.

Appeal from a judgment of the general term of the supreme court, affirming a judgment entered upon a decision of the court at special term.

*Albert H. Harris*, for appellant.

*Wm. Nath'l Cogswell*, for respondents.

PER CURIAM.—The findings of fact in this case were not excepted to, and are not disputed. They justify the conclusions of law. We have carefully considered the exceptions taken during the progress of the trial and find that they point out no error.

The judgment must, therefore, be affirmed, but, under the circumstances, without costs.

All concur.